IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VALDO GUILFORD, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-1945 |
| | : | |
| FCI WILLIAMSBURG, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 6th day of September, 2022, upon consideration of Plaintiff Valdo Guilford's Amended Complaint (Doc. No. 6), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. No leave to amend will be granted.

3. The Clerk of Court shall **CLOSE** this case.

                                          **BY THE COURT:**

                                          */s/ Karen Spencer Marston*

                                          **KAREN SPENCER MARSTON, J.**